[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13256

_____

D.C. Docket No. 5:12-cv-02985-CLS

ALESYA M. PASCHAL,

Plaintiff-Appellant,

versus

SECRETARY OF THE ARMY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(April 22, 2016)

Before WILSON, MARTIN and HIGGINBOTHAM,[*] Circuit Judges.

PER CURIAM:

_____

[*] Honorable Patrick E. Higginbotham, United States Circuit Judge for the Fifth Circuit, sitting by designation.

For essentially the reasons stated by the able district judge and with the benefit of oral argument, we affirm.